FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JAN 13 PM 3:07
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| JOSEPH BROWN | * | CIVIL ACTION | 05-0102 |
| VERSUS | * | NO. | |
| MARQUETTE TRANSPORTATION CO., INC., BLUEGRASS MARINE, INC., AND | * | SECTION | SECT. J MAG. 3 |
| MCKINNEY TOWING/MCKINNEY FLEET & BARGE SERVICE, INC., | * | MAG. | |

*　*　*　*　*　*　*　*

SEAMAN'S COMPLAINT

Plaintiff, Joseph Brown, an adult resident of Baton Rouge, Louisiana, respectfully represents that:

1.

Defendant, Marquette Transportation Co., Inc. (hereinafter "Marquette"), is a Delaware corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

2.

Defendant, Bluegrass Marine, Inc. (hereinafter "Bluegrass"), is a foreign corporation, authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein



Seaman
Fee
✓ Process
X Dktd
CtRmDep
Doc. No

3.

Defendant, McKinney Towing/McKinney Fleet & Barge Service, Inc. (hereinafter "McKinney"), is a domestic corporation, authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein

4.

On or about July 19, 2004, plaintiff, Joseph Brown, was employed as a deckhand by defendants Marquette and/or Bluegrass and assigned to the M/V JOHN PAUL ECKSTEIN.

5.

On or about July 19, 2004, the M/V JOHN PAUL ECKSTEIN was owned, operated and/or controlled by defendants Marquette and/or Bluegrass.

6.

On or about July 19, 2004, as plaintiff was performing his assigned duties aboard the M/V JOHN PAUL ECKSTEIN in the Mississippi River near Darrow, Louisiana, he sustained serious, permanent and disabling injury to his right knee when a vessel owned and operated and/or controlled by defendant McKinney struck a barge in Marquette and/or Bluegrass' tow, causing a ratchet to strike plaintiff's right knee.

7.

This accident occurred while plaintiff was in the service of the vessel, entitling him to receive maintenance and cure.

8.

A proximate cause of the accident was the unseaworthiness of the M/V JOHN PAUL ECKSTEIN.

9.

A cause of this accident was the fault and/or negligence of the defendant Marquette and/or Bluegrass in the following non-exclusive respects:

a. Failing to provide plaintiff with a safe place to work;

b. Failing to properly supervise the job;

c. Failing to warn plaintiff of the impending "bump";

d. Failing to adequately train plaintiff; and

e. Other acts of negligence which will be shown at trial.

10.

A cause of this accident was the fault and/or negligence of the defendant McKinney in the following non-exclusive respects:

a. Striking the Marquette and/or Bluegrass barge without warnings;

b. Failing to avoid striking the barge;

c. Failing to safely maneuver their vessel; and

d. Other acts of negligence which will be shown at trial.

11.

As a direct result of this accident, plaintiff sustained serious injuries to his mind and body, including past and future mental and physical pain and suffering, lost wages, loss of future earning capacity, past and future medical expenses, loss of found, and related expenses, all to his detriment in the sum of NINE-HUNDRED FIFTY THOUSAND AND NO/100 ($950,000.00) DOLLARS.

12.

Plaintiff was not at fault in causing this accident or the resultant damages.

13.

Plaintiff brings this cause of action pursuant to the General Maritime Law, the provisions

of Section 33 of the Merchant Marine Act of 1920, 46 U.S.C.A. 688, commonly known as the Jones Act, and all statutes supplemental and amendatory thereto.

WHEREFORE, plaintiff, Joseph Brown, prays that defendants, Marquette Transportation Co., Inc., Bluegrass Marine, Inc. and McKinney Towing/McKinney Fleet & Barge Service, Inc., be served with a copy of this Complaint, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, there be judgment rendered herein in favor of plaintiff and against defendants in the sum of NINE HUNDRED FIFTY-THOUSAND AND NO/100 ($950,000.00) DOLLARS, interest from the date of accident until paid, all costs of these proceedings, and for all legal, general, equitable and maritime relief.

Respectfully submitted,

UNGAR & BYRNE

RANDY J. UNGAR (12387)
GEORGE W. BYRNE, JR. (3744)
KRISTI POST (17752)
GREGORY T. DISCON (22037)
EVETTE E. UNGAR (29013)
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616

PLEASE SERVE:

MARQUETTE TRANSPORTATION
COMPANY, INC.
through its agent for service
David Parsiola
8056 Highway 23, Suite 200
Belle Chasse, LA 70037

BLUEGRASS MARINE, INC.
through its agent for service
Thomas Erickson
2308 So. 4th St.
Paducah, KY 42001

MCKINNEY TOWING/MCKINNEY
FLEET & BARGE SERVICE, INC.
through its agent for service
WARREN D. MCKINNEY
2500 River Road
Baton Rouge, LA 70802